```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORINDA DE LA FUENTE, AKA<br>LORINDA OROZCO,<br><br>Defendant | No. CV A 11- 02355<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Lorinda De La Fuente, aka Lorinda Orozco, in the principal amount of $2,444.68 plus interest accrued to March 2, 2011, in the sum of $3,352.98; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$5,797.66**.

DATED: 3/30/2011          By: TERRY NAFISI
                              Clerk of the Court

                              Deputy Clerk
                              United States District Court